UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>ABDULBASET ABDULGADER, et al.,<br><br>Defendants. | No.  2:21-cv-2078 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an amended complaint and a motion to exceed the 25 page limit for his amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted based on good cause shown.  Plaintiff shall file an amended complaint on or before June 30, 2022.

2. The amended complaint shall not exceed 25 pages, excluding exhibits.  Plaintiff's original complaint named only two defendants and was six pages not including the exhibits. Plaintiff has not demonstrated any need to exceed the 25 page limit.  Therefore, the court denies his motion to exceed the page limitation (ECF No. 17).

Dated:  May 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/woli2078.36