UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>         Plaintiff,<br><br>   v.<br><br>ABDULBASET ABDULGADER, et al.,<br><br>         Defendants. | No.  2:21-cv-2078 TLN CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 20) is granted.

   2. Within 30 days from the date of this order, plaintiff shall file his second amended complaint.

Dated:  June 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/woli2078.36(2)