UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

      Plaintiff,

      v.

ABDULBASET ABDULGADER, et al.,

      Defendants.

No.  2:21-cv-02078-TLN-CKD

ORDER

Plaintiff has requested an extension of time to file objections to the court's March 6, 2023 Findings and Recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's request for an extension of time (ECF No. 29) is granted; and

    2.  Plaintiff is granted thirty days from the date of this order in which to file and serve any objections.

Dated:  March 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/woli2078.36(1).obj

1