1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KRZYSZTOF F. WOLINSKI,                         No.  2:21-cv-02078-DJC-CKD

12                    Plaintiff,

13            v.                                      ORDER

14    ABDULBASET ABDULGADER, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a motion for a court order for law

18    library access.  In his motion, plaintiff requests that the court issue an order granting him 10 hours

19    of access to the ADA computers in the prison law library each week based on his physical

20    disabilities.  ECF No. 32.

21          Plaintiff does not allege that he is under a present obligation to submit documents within a

22    time certain and thus has not demonstrated that his right of access to the courts is being impaired.

23    The court will not order that plaintiff be granted a specified allotment of law library time above

24    and beyond what he is already receiving.

25          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 32) for court-

26    ordered additional access to the law library is denied.

27    /////

28    /////

1

1

Dated:  May 16, 2023

2

_____
CAROLYN K. DELANEY

3

UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

12/woli2078.80

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28