Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Fax: (916) 324-5205
 E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants
Abdulgader and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRZYSZTOF WOLINSKI,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ABDULGADER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:21-cv-02078 DJC CKD<br><br>**ORDER** |

　　　Defendants request the Court to vacate its order staying the case and referring the matter to the Post-Screening Alternative Dispute Resolution (ADR) Project. After reviewing Defendants' request, and good cause appearing, Defendants' motion (ECF No. 46) is GRANTED. The stay of this case is lifted. Defendants shall file their responsive pleading within thirty (30) days from the date of this order.

　　　**IT IS SO ORDERED**.

Dated: September 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE