1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KRZYSZTOF F. WOLINSKI,                    No.  2:21-cv-2078-DJC-CKD P

12                    Plaintiff,

13            v.                                 ORDER

14    ABDULBASET ABDULGADER, et al.,

15                    Defendants.

16

17

18          Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with this civil rights

19    action under 42 U.S.C. § 1983. Plaintiff's motion for a court order directed to the CMF law

20    librarian (ECF No. 62) and plaintiff's motion for reconsideration directed to the undersigned

21    magistrate judge (ECF No. 68) are before the court.

22          In plaintiff's motion for a court order directed to the law librarian, plaintiff states the CMF

23    law librarian refused to activate for plaintiff the "Canvas Program" which allows vision impaired

24    inmates to print documents, and which would allow plaintiff to print his files from the ADA

25    computer. (ECF No. 62 at 1-2.) Plaintiff alleges a policy allowing use of the Canvas Program

26    only by vision impaired inmates discriminates against all other groups of ADA inmates such as

27    plaintiff. (Id. at 2.) Plaintiff does not allege facts suggesting he has been denied access to the law

28    library or been denied the ability to print his documents, and there is no suggestion that his right

of access to the courts is being impaired. Moreover, plaintiff's address of record indicates he is currently in custody at R.J. Donovan Correctional Facility. Thus, the motion is moot. For all these reasons, plaintiff's motion for a court order directed to the CMF law librarian will be denied.

On September 11, 2024, after many other extensions of time were granted, the undersigned granted plaintiff a final 21-day extension of time to respond to defendant's discovery requests and stated no further extensions of time would be granted. (ECF No. 67.) On October 7, 2024, plaintiff filed a motion addressed to the undersigned requesting reconsideration of that order. (ECF No. 69.) In the motion, plaintiff also requests the court to vacate the deadline for plaintiff to complete discovery and to vacate the dispositive motion deadline until after the court rules on motions plaintiff filed. The court notes the dispositive motion deadline has since been vacated. (See ECF No. 67 at 3.) Following this order, no pending motions filed by plaintiff remain unresolved.[1] Plaintiff shows no basis for the court to vacate or modify the September 11, 2024, order. Plaintiff continues to claim he was prevented from responding to defendants' discovery requests, but he makes no indication he would provide responses if given a further extension of time for that purpose. Plaintiff's motion for reconsideration addressed to the undersigned will also be denied.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for a court order directed to the CMF law librarian (ECF No. 62) is DENIED.

2.  Plaintiff's motion for reconsideration (ECF No. 68) is DENIED.

Dated:  January 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, woli2078.lib.mfr

---

[1] However, defendants' motion for sanctions and for dismissal of the case based on the alleged refusal of plaintiff to comply with the court's discovery orders is fully briefed and pending. (See ECF Nos. 69, 70, 71, 72.) The court will consider the defendants' pending motion for sanctions in due course.