UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

Plaintiff,

v.

ABDULBASET ABDULGADER, et al.,

Defendants.

No.  2:21-cv-2078 DJC CKD P

ORDER

Plaintiff has filed his second request for an extension of time to file objections to the findings and recommendations issued on April 18, 2025. Good cause appearing, the request will be granted but no further extensions of time will be granted for this purpose.

IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time is granted; and

2.  Plaintiff is granted a final extension of time of 30 days from the date of this order in which to file objections to the findings and recommendations. No further extensions of time will be granted for this purpose.

Dated:  July 25, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, woli2078.36sec

1